IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES KOOS, )<br>)<br>      Plaintiff, )<br>) | |
| ) | Civil Action No. 1:12-cv-3011 |
| v. )<br>) | |
| PHILLIPS & COHEN ASSOCIATES, LTD., )<br>) | |
|       Defendant. )<br>_____ ) | |

Ronald S. Weiss (#0076096)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(248) 737-8003 Fax
*Lead Counsel for Plaintiff*
*Co-Counsel to Weisberg & Meyers, LLC*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Ohio, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (#0076096)

Filed electronically on this March 25, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 25 March 2013 to:

Michael D. Slodov, Esq.
15 E. Summit Street
Chagrin Falls, OH 44022-2709
(440) 318-1073
mslovoc@sessions-law.com

By: s/Ronald S. Weiss
    Ronald S. Weiss