IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES KOOS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:12-cv-3011 |
| v. ) | |
| ) | |
| PHILLIPS & COHEN ASSOCIATES, LTD., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**ORDER ON PARTIES STIPULATION TO DISMISS WITH PREJUDICE**

The court, having considered the parties Stipulation to Dismiss, GRANTS the Stipulation and the suit is dismissed with prejudice.

SO ORDERED.

Dated __April 24_____, 2013.

　　　　　　　　　　　　　　　　　　　　s/ Christopher A. Boyko
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE